**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 373 EAL 2021
                                        :
           Respondent           :
                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court
               v.                            :
                                        :
KEITH DEVINE,                        :
                                        :
           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.